UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| D.L.L., by and through MARGARET LAWSON, as next friend, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:08-CV-282 HEA<br>) |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | )<br>)<br>) |
| Defendant. | ) |

## ORDER APPOINTING NEXT FRIEND

Margaret Lawson, mother of D.L.L., has filed her Motion for Appointment of Next Friend [Doc. # 3] alleging that the claimant is a minor and desires to commence and prosecute a review of the final decision of the Commissioner of Social Security Administration. Claimant has no legally appointed guardian, and Margaret Lawson consents to act as next friend of said claimant.

The appointment of next friend is provided for by Rule 17(c) of the Federal Rules of Civil Procedure and by 20 C.F.R. § 404.612(c).

The Court finds that the appointment of the claimant's mother, Margaret Lawson, as next friend would be in the best interest of the claimant.

Therefore,

**IT IS HEREBY ORDERED** that Margaret Lawson's motion for appointment of next friend [Doc. #3] is **GRANTED**.

Dated this 18th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE